**C. F. PRUESS, Sr., Executor, et al.,
Appellants,**

v.

**Stewart L. UDALL, Secretary of the
Interior, Appellee.**

**No. 23347.**

United States Court of Appeals
Ninth Circuit.

April 22, 1969.

———•———

C. F. Pruess, Sr. (argued), Woodburn,
Or., for appellants.

George R. Hyde (argued), Washington, D. C., Clyde O. Martz, Asst. Atty.
Gen., Roger P. Marquis, Dept. of Justice,
Washington, D. C., Sidney I. Lezak, U. S.
Atty., Joseph E. Buley, Asst. U. S. Atty.,
Portland, Or., for appellee.

Before HAMLEY, MERRILL and
HUFSTEDLER, Circuit Judges.

PER CURIAM:

This appeal is taken from the District
Court's judgment upholding the decision
of the Secretary of the Interior that ap-
pellants' mining claims were invalid for
lack of location of valuable minerals.
The opinion of the District Court appears
at 286 F.Supp. 138 (D.Or.1968). We
agree with the views there expressed.

Appellants contend that the Secretary
applied the wrong test—marketability
rather than prudent man—to determine
the sufficiency of the location. They
distinguish United States v. Coleman,
390 U.S. 599, 88 S.Ct. 1327, 20 L.Ed.2d
170 (1968), on the ground that the Court
there dealt with semiprecious metals
while this case involves precious metals.
We need not reach the merits of this
point of distinction. The record establishes that the Secretary applied the
prudent man test. Appellants were not
required to prove that operation of the
mine would be profitable.

Other assignments of error not dealt
with by the District Court we find without merit.

On the basis of the District Court
opinion, judgment is affirmed.